

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2021

No. 04-20-00018-CV

**DICEX INTERNATIONAL, INC**.,
Appellant

v.

**AMIGO STAFFING, INC**.,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK000091-D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

Sitting:     Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellant's unopposed motion for extension of time in which to file a motion for en banc reconsideration is GRANTED. The motion is due no later than August 6, 2021.

It is so **ORDERED** on July 1, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court